

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00218-CR

**RAFAEL SUAREZ,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 82nd District Court
Falls County, Texas
Trial Court No. 9279**

## O R D E R

Rafael Suarez's motion for rehearing filed on December 8, 2015 is denied.

PER CURIAM

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Scoggins
Motion denied
Order issued and filed December 17, 2015

